# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 04-06759 SQU Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | JUSKA, JOHN E | Date Filed (f) or Converted (c): | 02/23/04 (f) |
| | | 341(a) Meeting Date: | 04/13/04 |
| For Period Ending: 03/12/07 | | Claims Bar Date: | 03/08/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate  Debtor has claimed entire property exempt as tenancy by entireties. Trustee has objected to exemption claim. Objection was settled for $25,000.00 | 825,000.00 | 0.00 | | 25,000.00 | FA |
| 2. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 300.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 8. SPORTS EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| 9. RETIREMENT | 288,182.00 | 0.00 | | 0.00 | FA |
| 10. IRA | 71,187.00 | 0.00 | | 0.00 | FA |
| 11. Automobile | 12,000.00 | 3,800.00 | | 7,600.00 | FA |
| 12. Automobile | 7,000.00 | 2,700.00 | | 5,400.00 | FA |

LFORM1

Ver: 11.80

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| Case No: | 04-06759 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | JUSKA, JOHN E | | | Date Filed (f) or Converted (c): | 02/23/04 (f) |
| | | | | 341(a) Meeting Date: | 04/13/04 |
| | | | | Claims Bar Date: | 03/08/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Automobile | 9,330.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 470.49 | Unknown |

TOTALS (Excluding Unknown Values)   $ 1,214,699.00   $ 6,500.00   $ 38,470.49   Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is preparing final report

Initial Projected Date of Final Report (TFR): 12/31/05     Current Projected Date of Final Report (TFR): 03/31/07

_____   Date: 03/12/07

GINA B. KROL