```
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago IL 60602


Invoice submitted to:
JOHN JUSKA
Chapter 7  04-06759
Gina B. Krol Trustee
Judge John H. Squires



March 12, 2007

Invoice #11727
```

Professional services

| | Hours | Amount |
|---|---|---|
| EXEMPTIONS | | |
| 3/15/04 GBK EXEMPTIONS<br>Review correspondence from Sandy Kerr on behalf of Debtor outlining statutes and cases supporting Debtor's exemption claim of tenancy by entireties, despite error in deed. | 0.80 | 252.00 |
| 5/11/04 GBK EXEMPTIONS<br>Review Debtor's Amended Schedule C claim of exemption. | 0.45 | 141.75 |
| 5/12/04 GBK EXEMPTIONS<br>Prepare Trustee's Motion for Extension of Time to File Objection to Exemption | 0.65 | 204.75 |

```
JOHN JUSKA                                                          Page    2

                                                         Hours        Amount

  5/14/04 GBK EXEMPTIONS                                  0.75        236.25
             Court appearance for hearing on
             Trustee's Motion for Extension of
             Time to File Objection to
             Exemption. Prepare proposed order.

   7/8/04 GBK EXEMPTIONS                                  2.45        771.75
             Review deed to homestead real
             estate and research issue of
             reformation

  7/12/04 GBK EXEMPTIONS                                  1.30        409.50
             Prepare Trustee's Objection to
             Exemption claim of Tenancy by
             Entirety due to error in deed

  7/30/04 GBK EXEMPTIONS                                  0.85        267.75
             Court appearance for hearing on
             Trustee's Objection to Exemption,
             cont'd to 11/5/04

   9/2/04 GBK EXEMPTIONS                                  0.45        141.75
             Review Debtor's Second Amended
             Schedule C claim of exemption.

  11/4/04 GBK EXEMPTIONS                                  0.35        110.25
             Review correspondence from David
             Golin attaching his appearance on
             behalf of Debtor to litigate
             validity of deed.

  11/5/04 GBK EXEMPTIONS                                  1.00        315.00
             Court appearance for cont'd
             hearing on Trustee's Objection to
             Exemption, cont'd to 12/10/04

 12/10/04 GBK EXEMPTIONS                                  1.00        315.00
             Court appearance for cont'd
             hearing on Trustee's Objection to
             Exemption, settlement discussions
             pending, cont'd to 1/28/05
```

```
JOHN JUSKA                                                           Page    3

                                                          Hours      Amount

1/28/05 GBK EXEMPTIONS                                     0.80      264.00
        Court appearance for cont'd
        hearing on Trustee's Objection to
        Exemption, settlement reached,
        Notice to go to all creditors,
        cont'd to 2/18/05

2/18/05 GBK EXEMPTIONS                                     1.00      330.00
        Court appearance for cont'd
        hearing on Trustee's Objection to
        Exemption, settlement reached.
        Order entered.

        SUBTOTAL:                                    [    11.85    3,759.75]

        PROF EMPLOYMENT

4/19/04 GBK PROF EMPLOYMENT                                0.70      220.50
        Prepare Trustee's Application to
        Employ Cohen & Krol, prepare
        affidavits and proposed draft
        order.

4/23/04 GBK PROF EMPLOYMENT                                0.80      252.00
        Court appearance for hearing on
        Trustee's Application to Employ
        Cohen & Krol, order entered .

        SUBTOTAL:                                    [     1.50      472.50]

        SETTLEMENT

2/1/05 GBK SETTLEMENT                                      1.45      478.50
        Prepare Trustee's Application to
        Accept Offer of Settlement on
        Trustee's Objection to Exemption.
        Prepare one page notice to be
        sent to all creditors.
```

```
JOHN JUSKA                                                          Page    4

                                                        Hours         Amount

 2/16/05 GBK SETTLEMENT                                  0.50         165.00
         Prepare order on Trustee's
         Application to Accept Settlement
         Offer


         SUBTOTAL:                                    [  1.95         643.50]


         For professional services rendered            15.30       $4,875.75

         Additional charges:

                                                         Qty

         PHOTOCOPIES

 4/19/04 PHOTOCOPIES                                      28            2.80
         Copies of Trustee's Application to
         Employ Cohen & Krol

 5/12/04 PHOTOCOPIES                                      19            1.90
         Copies of Trustee's Application to
         Extend Time to Object to Exemption

 7/12/04 PHOTOCOPIES                                      78            7.80
         Copies of Trustee's Objection to
         Exemption

  2/1/05 PHOTOCOPIES                                      67            6.70
         Copies of Trustee's Application to
         Accept Debtor's Offer to Settle
         Objection to Exemption, notice to all
         creditors


         SUBTOTAL:                                                 [   19.20]
```

JOHN JUSKA                                                              Page    5

                                                          Qty         Amount

       POSTAGE

7/12/04  POSTAGE                                           6            3.60
         Mailing Trustee's Objection to
         Exemption

2/1/05   POSTAGE                                          31           11.47
         Mailing Trustee's Application to
         Accept Debtor's Offer to Settle
         Objection to Exemption, notice to all
         creditors

         SUBTOTAL:                                                  [   15.07]

         Total costs                                                   $34.27

         Total amount of this bill                                  $4,910.02

         Balance due                                                $4,910.02