UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JUSKA, JOHN E | ) | Case No. 04-06759-SQU |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1.　　NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

　　　At:　　DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 2000, Wheaton, IL  60187

　　　On: **June 8, 2007**　　　　　　Time: **10:00 a.m.**

2.　　The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.　　The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $31,970.49 |
| Disbursements | $45.58 |
| Net Cash Available for Distribution | $31,924.91 |

4.　　Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GINA B. KROL<br>*Trustee Compensation* | $0.00 | $3,947.05 | $0.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $4,875.75 | $34.27 |

5.　　Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | | | |

6.     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| None | | | |

7.     Claims of general unsecured creditors totaling $369,678.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 6.2400% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Capital One Bank | $15,888.12 | $991.41 |
| 000002 | Chase Manhattan Bank USA,NA | $14,937.25 | $932.08 |
| 000003 | Citibank Na | $25,321.43 | $1,580.05 |
| 000004 | Mbna America Bank Na | $23,408.75 | $1,460.70 |
| 000005 | Washkovic Lawns, Inc. | $836.91 | $52.22 |
| 000006 | Hyperfeed Technologies, Inc. | $289,286.03 | $18,051.38 |

8.     Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor(s) has been discharged.

11.    The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $200.00 |
| Bank Account | 300.00 |
| Household Goods | 1000.00 |
| Books and Pictures | 100.00 |
| Clothing | 100.00 |
| Jewelry | 200.00 |
| Sports Equipment | 100.00 |
| Retirement Account | 359,369.00 |

Dated: **May 8, 2007**                           For the Court,


By:   **KENNETH S GARDNER**
      CLERK OF BANKRUPTCY COURT
      KENNETH S. GARDNER


Trustee:      Gina B. Krol
Address:      105 West Madison Street
              Suite 1100
              Chicago, IL  60602-0000
Phone No.:    (312) 368-0300

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1          User: amcc7              Page 1 of 1            Date Rcvd: May 08, 2007
Case: 04-06759                Form ID: pdf002          Total Served: 25

The following entities were served by first class mail on May 10, 2007.
db       +John E Juska,   800 West Hickory Street,   Hinsdale, IL 60521-3040
aty      +Alexander D Kerr,   Tishler And Wald, Ltd,   200 S Wacker Drive,   Ste 3000,
           Chicago, IL 60606-5815
aty      +David A. Golin,   Gesas, Pilati, Gesas And Golin Ltd,   53 West Jackson Blvd Suite 528,
           Chicago, IL 60604-3617
aty      +Gina B Krol,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
aty      +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty      +Linda M Kujaca,   Cohen & Krol,   105 W. Madison,   Suite 1100,   Chicago, IL 60602-4600
aty      +Terri M Long,   Law Office of Terri M. Long,   18201 Morris Avenue,   Homewood, IL 60430-2189
tr       +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
7794574   American Express,   P.O. Box 360002,   Ft. Lauderdale, FL 33336-0002
7794575   BankOne,   Cardmember Services,   P.O. Box 50882,   Henderson, NV 89016-0882
8464418  +Capital One Bank,   Steinberg Fineo Berger & Fischoff PC,   40 Crossways Park Drive,
           Woodburry, NY 11797-2036
7794576   Capital One Services,   P.O. Box 6000,   Seattle, WA 98190-6000
8839694  +ChaseManhttnBankUSA,NA as successor in interest to,   Bank One Delaware, NA,
           c/o Weinstein & Riley, P.S.,   2101 4th Ave., Suite 900,   Seattle, WA 98121-2339
7794577   Chubb Group of Insurance Cos.,   P.O. Box 7247-0180,   Philadelphia, PA 19170-0180
7794578  +Citibank NA,   Citibank/Choice,   Exception Payment Processing,   PO Box 6305,
           The Lakes, NV 88901-6305
7794579  +Harris Bank CLC-Serv Dep. D 028,   3800 Golf Road, Ste 300,   P.O. Box 5043,
           Rolling Meadows, IL 60008-5043
7794580  +Harris Bank of Hinsdale,   50 South Lincoln Street,   Hinsdale, Illinois 60521-4065
7794581  +HyperFeed Technologies, Inc.,   300 S. Wacker Drive, Suite 300,   Chicago, Illinois 60606-6668
8996653  +Hyperfeed Technologies, Inc.,   c/o Brian H. Meldrum, Esq.,   Jenner & Block LLP,
           One IBM Plaza, 330 N. Wabash,   Suite 3800,   Chicago, IL 60611-3586
7794583  +MBNA America Bank NA,   PO Box 15168 MS 1423,   Wilmington, DE 19850-5168
7794582  +Mary F. Juska,   800 W. Hickory,   Hinsdale, IL 60521-3040
7794584   Mitsubishi Motors,   Credit of America,   P.O. Box 0555,   Carol Stream, IL 60132-0555
7794585   Retail Services,   P.O. Box 17298,   Baltimore, MD 21297-1298
7794586   The GM Card,   P.O. Box 88000,   Baltimore, MD 21288-3000
7794587  +WashKovic Lawns, Inc.,   127 E Skelly Rd,   Princeton, WI 54968-9064

The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 10, 2007**                    **Signature:** *Joseph Speetjens*